**Priscilla A. MINTER, Claimant–Appellant**

v.

**Robert A. McDONALD, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2015–7057.

United States Court of Appeals, Federal Circuit.

Feb. 8, 2016.

Kenneth M. Carpenter, Law Offices of Carpenter Chartered, Topeka, KS, argued for claimant-appellant.

Jana Moses, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Martin F. Hockey, Jr.;

**1070**

Tracey Parker Warren, Y. Ken Lee, Meghan Alphonso, Brandon A. Jonas, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

MOORE, TARANTO, and STOLL, Circuit Judges.

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**